UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 15, 2023
KELLY L. STEPHENS, Clerk

No. 23-1121

DAVID ANGEL SIFUENTES, III,

    Plaintiff-Appellant,

v.

MIDLAND COUNTY, MI 42ND CIRCUIT COURT, et al.,

    Defendants-Appellees.

Before: BOGGS, BATCHELDER, and GIBBONS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Bay City.

THIS CAUSE was heard on the record from the district court and was submitted on the brief without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's sanctions order is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk